UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In Re:      *

JOE E. HILL,      *    CASE NO. 09-33535

Debtor.      *

## OBJECTION TO CONFIRMATION DUE TO
## DEBTOR'S NON-COMPLIANCE WITH §1325(a)(8)

Comes Now Alabama Department of Human Resources, Child Support Enforcement Division, by and through its attorney, Melanie G. Hinson, and objects to confirmation of the Debtor's Chapter 13 Plan because the Debtor has failed to make his <u>post-petition</u> domestic support obligation payments in the amount of $317.00 per month since his filing date on December 29, 2009. Since the filing of the Debtor's Chapter 13 petition, three months of post-petition support in the amount of $317.00 each have come due. Accordingly, the Debtor is past-due in post-petition support as of this date in the amount of $951.00.

Accordingly, Alabama DHR objects to confirmation of the case pursuant to §1325(a)(8) of the *Bankruptcy Code* unless the Debtor pays the amount of $951.00 by the date of confirmation, which is set for March 22, 2010.

Dated this 14th day of March, 2010.

                                       /s/ Melanie G. Hinson
                                       Melanie G Hinson
                                       Attorney for Alabama DHR
                                       P O Box 480669
                                       Linden, Alabama 36748
                                       (334) 295-1900

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing Objection to Confirmation Due to Debtor's Non-Compliance with §1325(a)(8) upon the parties to this proceeding by electronic filing same on this the 14th day of March, 2010.

                                       /s/ Melanie G. Hinson